```
 1  ROQUEMORE, PRINGLE & MOORE, INC.
    PETER C. ANDERSON, SBN 108169
 2  6055 East Washington Boulevard
    Suite 608
 3  Los Angeles, CA  90040-2466
    Telephone No.:  (323) 724-3117
 4  Facsimile No.:  (323) 724-0423

 5  Attorneys for Interim Trustee, JOHN P. PRINGLE
```



FILED
JAN 17 2001
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
JAN 19 2001

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>FOCUS MEDIA, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 95-3835767 | CASE NO. LA 00-38197-KM<br>Chapter 7<br><br>**ORDER GRANTING INTERIM TRUSTEE'S MOTION TO COMPEL STUTMAN, TREISTER & GLATT TO FILE A DISCLOSURE OF COMPENSATION UNDER §329**<br><br>DATE: January 10, 2001<br>TIME: 11:00 a.m.<br>CTRM: 1468 |

The hearing on the Interim Trustee's Motion to Compel the Alleged Debtor's Former Bankruptcy Counsel, Stutman, Treister & Glatt, to file the Disclosure of Compensation of Attorney for Debtor Under 11 U.S.C. §329, came on regularly for hearing on Wednesday, January 10, 2001 at 11:00 a.m., before the Honorable Kathleen P. March, United States Bankruptcy Judge, at Courtroom 1468, on the 14th Floor of the Edward R. Roybal Federal Building, located at 255 E. Temple Street, in Los Angeles, California. The Interim Trustee appeared by his counsel of record, Peter C. Anderson of Roquemore, Pringle & Moore, Inc. Theodore B. Stolman of Stutman, Treister & Glatt, appeared on behalf

1  of said professional corporation. Sheri Bluebond of Irell & Manella,
2  LLP, appeared on behalf of the Petitioning Creditors, National
3  Broadcasting Company, Inc., American Broadcasting Company, Inc., and
4  Paxson Communications, Inc. Other persons and parties appeared as
5  reflected on the Court's record.
6      Based on the record before the Court, including the Interim
7  Trustee's Motion, the Opposition of Stutman, Treister & Glatt, the
8  Interim Trustee's Reply, the Sur-Reply of Stutman, Treister & Glatt,
9  the arguments of counsel at the time of hearing, and other good cause
10 therefor, it is hereby,
11     **ORDERED**, that the Motion is granted; and it is hereby,
12     **FURTHER ORDERED**, that Stutman, Treister & Glatt shall file a
13 Disclosure of Compensation in conformity with 11 U.S.C. §329 and
14 Federal Rule of Bankruptcy Procedure 2016(b) on or before January 17,
15 2001.

17 DATED:
18 Jan. 17, 2001

KATHLEEN P. MARCH, Judge
United States Bankruptcy Court

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 6055 E. Washington Boulevard, Suite 608, Los Angeles, Commerce 90040-2466.

On January 12, 2001, I served the foregoing document described as: **ORDER GRANTING INTERIM TRUSTEE'S MOTION COMPEL STUTMAN, TREISTER & GLATT TO FILE A DISCLOSURE OF COMPENSATION UNDER §329** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

/ /  (BY FACSIMILE TRANSMISSION)  I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

/X/  (BY MAIL)  I placed the envelope for collection and mailing on the date shown above, at this office, in Los Angeles, California, following our ordinary business practices.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

/ /  (BY PERSONAL SERVICE)  I delivered such envelope by hand to the offices of the addressee(s).

/ /  (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/  (FEDERAL)  I declare under penalty of perjury that under the laws of the State of California that the above is true and correct.

Executed on January 12, 2001, at Commerce, California.

*[signature]*
YVONNE MORALES

F:\WP\B\FOC2529\ORDER2.WPD    3

# MAILING LIST

**UNITED STATES TRUSTEE**
OFFICE OF U.S. TRUSTEE
221 N. FIGUEROA ST., STE. 800
LOS ANGELES, CA 90012-2650
ATTN:   ALVIN MARR
        ATTORNEY-ADVISOR

**DEBTOR'S COUNSEL**
THEODORE STOLMAN, ESQ.
STUTMAN, TREISTER & GLATT
3699 WILSHIRE BLVD., STE. 900
LOS ANGELES, CA 90010-2766

**ATTORNEYS FOR SEARS ROEBUCK & CO.**
MITCHELL LANGBERG, ESQ.
STROOCK & STROOCK & LAVAN, LLP
2029 CENTURY PARK EAST
SUITE 1800
LOS ANGELES, CA 90067-3086

**DEBTOR**
FOCUS MEDIA, INC.
2401 COLORADO AVE.
SANTA MONICA, CA 90404

**STATE COURT COUNSEL**
DAVID S. MARKUN, ESQ.
ZELLE, HOFMANN, VOELBEL & GETTE, LLP
11601 WILSHIRE BLVD., STE. 600
LOS ANGELES, CA 90026

GEOFFREY C. MOUSSEAU, ESQ.
MOUSSEAU & ASSOCIATES
3435 WILSHIRE BLVD., #2700
LOS ANGELES, CA 90010

**ATTORNEYS FOR PETITIONING CREDITORS**
SHERI BLUEBOND, ESQ.
IRELL & MANELLA LLP
1800 AVE. OF THE STARS, 9TH FLR.
LOS ANGELES, CA 90067

**ATTORNEYS FOR TST COLORADO**
GEORGE T. McDONNELL, ESQ.
ALLEN, MATKINS, LECK, GAMBLE
 & MALLORY, LLP
515 S. FIGUEROA ST., 7TH FLR.
LOS ANGELES, CA 90071-3398

**STATE COURT COUNSEL**
DANIEL S. MASON, ESQ.
ZELLE, HOFMANN, VOELBEL & Gette, LLP
500 SANSOME ST., #400
SAN FRANCISCO, CA 94111

**STATE COURT COUNSEL**
CHARLES N. SHEPARD
GREENBERG, GLUSKER, FIELDS, CLAMAN & MACHTINGER, LLP
1900 AVENUE OF THE STARS,
SUITE 2100
LOS ANGELES, CA 90067-45

IRV M. GROSS
ROBINSON, DIAMANT & WOLKOWITZ
1888 CENTURY PARK EAST
SUITE 1500
LOS ANGELES, CA 90067

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>FOCUS MEDIA, INC.<br><br>Debtor. | CHAPTER  7<br>CASE NUMBER: LA 00-38197-KM |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:
   ORDER GRANTING INTERIM TRUSTES'S MOTION TO COMPEL TREISTER & GLATT TO FILE A DISOCLOSURE OF COMPENSATION UNDER §329

   was entered on *(specify date)*:   **JAN 19 2001**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):
   **JAN 19 2001**

Dated:   **JAN 19 2001**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

*[Received stamp: 01 JAN 12 PM 2:27, U.S. BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, DEPUTY CLERK]*

---

Rev. 5/98 This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **F 9021-1.1**

5

# MAILING LIST

**UNITED STATES TRUSTEE**
OFFICE OF U.S. TRUSTEE
221 N. FIGUEROA ST., STE. 800
LOS ANGELES, CA 90012-2650
ATTN:    ALVIN MARR
         ATTORNEY-ADVISOR

**DEBTOR'S COUNSEL**
THEODORE STOLMAN, ESQ.
STUTMAN, TREISTER & GLATT
3699 WILSHIRE BLVD., STE. 900
LOS ANGELES, CA 90010-2766

**ATTORNEYS FOR SEARS ROEBUCK & CO.**
MITCHELL LANGBERG, ESQ.
STROOCK & STROOCK & LAVAN, LLP
2029 CENTURY PARK EAST
SUITE 1800
LOS ANGELES, CA 90067-3086

**DEBTOR**
FOCUS MEDIA, INC.
2401 COLORADO AVE.
SANTA MONICA, CA 90404

**STATE COURT COUNSEL**
DAVID S. MARKUN, ESQ.
ZELLE, HOFMANN, VOELBEL & GETTE, LLP
11601 WILSHIRE BLVD., STE. 600
LOS ANGELES, CA 90026

GEOFFREY C. MOUSSEAU, ESQ.
MOUSSEAU & ASSOCIATES
3435 WILSHIRE BLVD., #2700
LOS ANGELES, CA 90010

**ATTORNEYS FOR PETITIONING CREDITORS**
SHERI BLUEBOND, ESQ.
IRELL & MANELLA LLP
1800 AVE. OF THE STARS, 9TH FLR.
LOS ANGELES, CA 90067

**ATTORNEYS FOR TST COLORADO**
GEORGE T. McDONNELL, ESQ.
ALLEN, MATKINS, LECK, GAMBLE
 & MALLORY, LLP
515 S. FIGUEROA ST., 7TH FLR.
LOS ANGELES, CA 90071-3398

**STATE COURT COUNSEL**
DANIEL S. MASON, ESQ.
ZELLE, HOFMANN, VOELBEL & Gette, LLP
500 SANSOME ST., #400
SAN FRANCISCO, CA 94111

**STATE COURT COUNSEL**
CHARLES N. SHEPARD
GREENBERG, GLUSKER, FIELDS, CLAMAN & MACHTINGER, LLP
1900 AVENUE OF THE STARS,
SUITE 2100
LOS ANGELES, CA 90067-45

IRV M. GROSS
ROBINSON, DIAMANT & WOLKOWITZ
1888 CENTURY PARK EAST
SUITE 1500
LOS ANGELES, CA 90067

ROQUEMORE, PRINGLE & MOORE, INC.
PETER C. ANDERSON, ESQ.
6055 E. WASHINGTON BLVD.
SUITE 608
LOS ANGELES, CA 90040

F:\WP\B\FOC2529\ORDER2.WPD

6