



1 | ROQUEMORE, PRINGLE & MOORE, INC.
PETER C. ANDERSON, SBN 108169
2 | 6055 East Washington Boulevard
Suite 608
3 | Los Angeles, CA  90040-2466
Telephone No.:  (323) 724-3117
4 | Facsimile No.:  (323) 724-0423

5 | Attorneys for Interim Trustee, JOHN P. PRINGLE

6

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10 | In re:                                    CASE NO. LA 00-38197-KM

11 | FOCUS MEDIA, INC.,                        <u>Chapter</u> 7

12 |                                           **ORDER DENYING FOCUS' MOTION**
                                              **FOR STAY PENDING APPEAL**
13 |
                                              DATE: February 16, 2001
14 |                    Debtor.               TIME: 12:30 p.m.
                                              CTRM: 1468
15 |

16 | Tax I.D. No. 95-3835767

17 |     The hearing on shortened time on the Alleged Debtor's Motion for

18 | Stay Pending Appeal and the Order Appointing an Interim Trustee, took

19 | place before the Honorable Kathleen P. March, United States Bankruptcy

20 | Judge, at Courtroom 1468 of the Edward R. Roybal Federal Building,

21 | located at 255 E. Temple Street in Los Angeles, California.  The

22 | Alleged Debtor appeared through its counsel, Pamela E. Dunn, Daniel J.

23 | Koes, and Max Draitser of Robie & Matthai, A Professional Corporation.

24 | The Interim Trustee, John P. Pringle, appeared through his counsel of

25 | record, Peter C. Anderson of Roquemore, Pringle & Moore, Inc.  Sears,

26 | Roebuck & Company, appeared through its counsel of record, Mitchell

27 | Langberg of Stroock & Stroock & Lavan, LLP.  The landlord for the

28 | Alleged Debtor's former business premises, TST Colorado Avenue, L.P.,

1    appeared through its counsel Kushal S. Bhakta of Allen Matkins Leck

2    Gamble & Mallory, LLP.  No other persons or parties appeared.

3       Based on the record before the Court, including the Alleged

4    Debtor's Motion, the written Oppositions filed by the Interim Trustee

5    and Sears, Roebuck & Company, the Opposition of TST Colorado Avenue as

6    stated on the record at the time of the hearing, the arguments of

7    counsel at the time of hearing, and the findings and conclusions

8    stated on the record by the Court at the time of the hearing, and

9    other good cause therefor, it is hereby,

10       **ORDERED**, that the Motion is denied.

11

12    DATED:  February 23, 2001

           KATHLEEN P. MARCH, Judge

13                    United States Bankruptcy Court

14

15    AGREED AS TO FORM:

16    ROBIE & MATTHAI,
      A Professional Corporation

17

18    By: PLEASE SEE ATTACHED SIGNATURE
        PAMELA E. DUNN, Appellate

19        Counsel for the Alleged Debtor

20

    STROOCK & STROOCK & LAVAN, LLP

21

22    By: PLEASE SEE ATTACHED SIGNATURE
        MITCHELL LANGBERG, Attorney for

23        Sears, Roebuck & Company

24

    ALLEN MATKINS LECK GAMBLE

25    & MALLORY, LLP

26

    By: PLEASE SEE ATTACHED SIGNATURE

27         KUSHAL S. BHAKTA, Attorneys
        for TST Colorado Avenue, L.P.

28

1　appeared through its counsel Kushal S. Bhakta of Allen Matkins Leck

2　Gamble & Mallory, LLP. No other persons or parties appeared.

3　　　Based on the record before the Court, including the Alleged

4　Debtor's Motion, the written Oppositions filed by the Interim Trustee

5　and Sears, Roebuck & Company, the Opposition of TST Colorado Avenue as

6　stated on the record at the time of the hearing, the arguments of

7　counsel at the time of hearing, and the findings and conclusions

8　stated on the record by the Court at the time of the hearing, and

9　other good cause therefor, it is hereby,

10　　　**ORDERED**, that the Motion is denied.

11

12　DATED: February　, 2001

　　　　　　　　　　　KATHLEEN P. MARCH, Judge
13　　　　　　　　　　United States Bankruptcy Court

14

15　AGREED AS TO FORM:

16　ROBIE & MATTHAI,
　　A Professional Corporation
17

18　By:_____
　　　PAMELA E. DUNN, Appellate
19　　　Counsel for the Alleged Debtor

20

　　STROOCK & STROOCK & LAVAN, LLP
21

22　By:_____
　　　MITCHELL LANGBERG, Attorney for
23　　　Sears, Roebuck & Company

24

　　ALLEN MATKINS LECK GAMBLE
25　& MALLORY, LLP

26

27　By:_____
　　　KUSHAL S. BHAKTA, Attorneys
　　　for TST Colorado Avenue, L.P.
28

F:\WP\R\FOC2529\ORDER3.WPD

2

1  appeared through its counsel Kushal S. Bhakta of Allen Matkins Leck

2  Gamble & Mallory, LLP. No other persons or parties appeared.

3      Based on the record before the Court, including the Alleged

4  Debtor's Motion, the written Oppositions filed by the Interim Trustee

5  and Sears, Roebuck & Company, the Opposition of TST Colorado Avenue as

6  stated on the record at the time of the hearing, the arguments of

7  counsel at the time of hearing, and the findings and conclusions

8  stated on the record by the Court at the time of the hearing, and

9  other good cause therefor, it is hereby,

10      **ORDERED**, that the Motion is denied.

11

12  DATED: February    , 2001

                      _____

13                        KATHLEEN P. MARCH, Judge
                      United States Bankruptcy Court

14

15  AGREED AS TO FORM:

16  ROBIE & MATTHAI,
    A Professional Corporation

17

18  By:_____
    PAMELA E. DUNN, Appellate

19      Counsel for the Alleged Debtor

20

    STROOCK & STROOCK & LAVAN, LLP

21

22  By:_____
    MITCHELL LANGBERG, Attorney for

23      Sears, Roebuck & Company

24

    ALLEN MATKINS LECK GAMBLE

25      & MALLORY, LLP

26

27  By:_____
    KUSHAL S. BHAKTA, Attorneys
    for TST Colorado Avenue, L.P.

28

1 appeared through its counsel Kushal S. Bhakta of Allen Matkins Leck

2 Gamble & Mallory, LLP. No other persons or parties appeared.

3    Based on the record before the Court, including the Alleged

4 Debtor's Motion, the written Oppositions filed by the Interim Trustee

5 and Sears, Roebuck & Company, the Opposition of TST Colorado Avenue as

6 stated on the record at the time of the hearing, the arguments of

7 counsel at the time of hearing, and the findings and conclusions

8 stated on the record by the Court at the time of the hearing, and

9 other good cause therefor, it is hereby,

10    **ORDERED**, that the Motion is denied.

11

12 DATED: February  , 2001

13      KATHLEEN P. MARCH, Judge
     United States Bankruptcy Court

14

15 AGREED AS TO FORM:

16 ROBIE & MATTHAI,
A Professional Corporation

17

18 By:_____
   PAMELA E. DUNN, Appellate

19    Counsel for the Alleged Debtor

20

   STROOCK & STROOCK & LAVAN, LLP

21

22 By:_____
   MITCHELL LANGBERG, Attorney for

23    Sears, Roebuck & Company

24

   ALLEN MATKINS LECK GAMBLE

25 & MALLORY, LLP

26

27 By:_____
   KUSHAL S. BHAKTA, Attorneys

   for TST Colorado Avenue, L.P.

28

F:\WP\B\FOC2529\ORDER3.WPD

       2

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3      I am employed in the County of Los Angeles, State of California
I am over the age of 18 and not a party to this action.  My business
4  address is 6055 E. Washington Boulevard, Suite 608, Los Angeles,
California 90040-2466.

5

     On February *20* , 2001 I served the foregoing document described
6  as: **ORDER DENYING FOCUS' MOTION FOR STAY PENDING APPEAL** on the
interested parties in this action by placing a true copy thereof
7  enclosed in a sealed envelope addressed as follows:

8

**[SEE ATTACHED SERVICE LIST]**

9  /X/  (BY FACSIMILE TRANSMISSION)  I caused a true and complete copy of
the document described above to be transmitted by facsimile
10  transmission to the telephone number(s) set forth opposite the name(s)
of the person(s) set forth above.

11

/X/  (BY MAIL)  I placed the envelope for collection and mailing on
12  the date shown above, at this office, in Los Angeles, California,
following our ordinary business practices.

13

     I am readily familiar with this office's practice of collecting
14  and processing correspondence for mailing.  On the same day that the
correspondence is placed for collection and mailing, it is deposited
15  in the ordinary course of business with the U.S. Postal Service in a
sealed envelope with postage fully prepaid.

16

/ /  (BY PERSONAL SERVICE) I delivered such envelope by hand to the
17  offices of the addressee(s).

18  / /  (STATE)  I declare under penalty of perjury under the laws of the
State of California that the above is true and correct.

19

/X/  (FEDERAL)  I declare under penalty of perjury that I am employed
20  in the office of a member of the bar of this Court at whose direction
the service was made.

21

     Executed on February *20*, 2001 at Los Angeles, California.

22

23

24  MONIQUE TALAMANTE

25

26

27

28

1

## MAILING LIST

2

**UNITED STATES TRUSTEE**
OFFICE OF U.S. TRUSTEE
3  221 N. FIGUEROA ST., STE. 800
LOS ANGELES, CA 90012-2650
4  ATTN:     ALVIN MAR
          ATTORNEY-ADVISOR
5  (213) 894-2603

6  **ATTORNEYS FOR SEARS ROEBUCK & CO.**
7  MITCHELL LANGBERG, ESQ.
STROOCK & STROOCK & LAVAN, LLP
8  2029 CENTURY PARK EAST
SUITE 1800
9  LOS ANGELES, CA 90067-3086
(310) 556-5959

10

**ATTORNEYS FOR PETITIONING**
11 **CREDITORS**
HOWARD J. STEINBERG
12 IRELL & MANELLA LLP
1800 AVE. OF THE STARS, 9TH FLR.
13 LOS ANGELES, CA 90067-4276
(310) 203-7199

14

**ATTORNEYS FOR TST COLORADO**
15 KUSHAL S. BHAKTA
ALLEN, MATKINS, LECK, GAMBLE
16  & MALLORY, LLP
515 S. FIGUEROA ST., 7TH FLR.
17 LOS ANGELES, CA 90071-3398
(213) 620-8816

18

19

20

21

22

23

24

25

26

27

28

**DEBTOR'S COUNSEL**
IRV M. GROSS
ROBINSON, DIAMANT & WOLKOWITZ
1888 CENTURY PARK EAST
SUITE 1500
LOS ANGELES, CA 90067
(310) 277-7584

**DEBTOR'S APPELLATE COUNSEL**
PAMELA E. DUNN
Robie & Matthai
500 So. Grand Avenue, 15th Fl.
Los Angeles, CA 90071-2609
(213) 624-2563

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re | CHAPTER  7 |
|---|---|
| FOCUS MEDIA, INC., | |
| Debtor. | CASE NUMBER: LA 00-38197-KM |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

1.  You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:

    ORDER DENYING FOCUS' MOTION FOR STAY PENDING APPEAL

    was entered on *(specify date)*:    **FEB 2 7 2001**

2.  I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

    **FEB 2 7 2001**

Dated:    **FEB 2 7 2001**

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By:  *Rose Arias*
**Deputy Clerk**

# MAILING LIST

**UNITED STATES TRUSTEE**
OFFICE OF U.S. TRUSTEE
221 N. FIGUEROA ST., STE. 800
LOS ANGELES, CA 90012-2650
ATTN:     ALVIN MAR
          ATTORNEY-ADVISOR
(213) 894-2603

**ATTORNEYS FOR SEARS ROEBUCK & CO.**
MITCHELL LANGBERG, ESQ.
STROOCK & STROOCK & LAVAN, LLP
2029 CENTURY PARK EAST
SUITE 1800
LOS ANGELES, CA 90067-3086
(310) 556-5959

**ATTORNEYS FOR PETITIONING CREDITORS**
HOWARD J. STEINBERG
IRELL & MANELLA LLP
1800 AVE. OF THE STARS, 9TH FLR.
LOS ANGELES, CA 90067-4276
(310) 203-7199

**ATTORNEYS FOR TST COLORADO**
KUSHAL S. BHAKTA
ALLEN, MATKINS, LECK, GAMBLE
 & MALLORY, LLP
515 S. FIGUEROA ST., 7TH FLR.
LOS ANGELES, CA 90071-3398
(213) 620-8816

**DEBTOR'S COUNSEL**
IRV M. GROSS
ROBINSON, DIAMANT & WOLKOWITZ
1888 CENTURY PARK EAST
SUITE 1500
LOS ANGELES, CA 90067
(310) 277-7584

**DEBTOR'S APPELLATE COUNSEL**
PAMELA E. DUNN
Robie & Matthai
500 So. Grand Avenue, 15th Fl.
Los Angeles, CA 90071-2609
(213) 624-2563

ROQUEMORE, PRINGLE & MOORE
PETER C. ANDERSON
6055 E. WASHINGTON BLVD
SUITE 608
LOS ANGELES, CA 9040